UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. HERRERA, et. al,<br><br>    Defendants. | Case No.: 1:12-cv-01730 AWI JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. 7) |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2013, the Court dismissed Plaintiff's Complaint, but allowed him twenty-one (21) days to file an amended complaint to address the deficiencies outlined by the Court. (Doc. 7). The Court's order also warned Plaintiff that if he failed to comply with the order, the matter may be dismissed. (Doc. 7 at 7). Despite the Court's order and warning, Plaintiff has failed to file an amended pleading.

Accordingly, it is HEREBY ORDERED that **within 14 days** from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, if Plaintiff wishes to pursue his matter, **within the same 14 day period,** he shall file an amended complaint as previously ordered.

///

**Plaintiff is cautioned that if he fails to comply with this order, the Court will recommend his matter be dismissed.**

IT IS SO ORDERED.

Dated: **February 12, 2013**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE