UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. HERRERA, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01730 - AWI - JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE DATED FEBRUARY 13, 2013<br><br>(Doc. 8) |

On February 13, 2013, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to prosecute and comply with the Court's order, or in the alternative to file his amended complaint. (Doc. 8). On February 21, 2013, Plaintiff filed his First Amended Complaint, in compliance with the Court's order.

Accordingly, **IT IS HEREBY ORDERED**: the Court's order to show cause dated February 13, 2013 (Doc. 8) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **February 26, 2013**          /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE