1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | CHESTER RAY WISEMAN,

11 |        Plaintiff,

12 |    v.

13 | HERRERA, et al.,

14 |        Defendants.

15 | _____/

16

Case No.  1:12-cv-01730-AWI-JLT (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS IN PART

(Doc. 12)

17      Plaintiff Chester Ray Wiseman ("Plaintiff") is a state prisoner proceeding pro se with a

18 civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

19 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On May 1, 2013, the

20 Magistrate Judge filed a Findings and Recommendations which contained notice to Plaintiff that

21 Objections to the Findings and Recommendations were to be filed within fourteen days.  Plaintiff

22 requested and received an extension of time to file his objections, with which he complied.  (Docs.

23 13, 14, 15.)

24      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

25 *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

26 and Recommendations to be supported by the record and by proper analysis.  However, with his

27 objections, Plaintiff submitted a Second Amended Complaint which has been lodged.  Extending

28 every leniency due a *pro se* inmate to Plaintiff, the Clerk's Office is directed to file the Second

1    Amended Complaint and the matter is referred to the Magistrate Judge for screening.

2    Accordingly, IT IS HEREBY ORDERED that:

3    1.    The Findings and Recommendations, filed on May 1, 2013 (Doc. 12), is adopted in

4    part and Plaintiff's First Amended Complaint, filed on February 21, 2013 (Doc. 9)

5    is dismissed with leave to amend;[1]

6    2.    The Clerk's Office is directed to file the Second Amended Complaint Lodged on

7    May 28, 2013 (Doc. 16); and

8    3.    The matter is referred to the Magistrate Judge for screening of the Second

9    Amended Complaint (Doc. 16).

10

11   IT IS SO ORDERED.

12   Dated:   January 7, 2014   _____

SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [1] Plaintiff has already submitted his Second Amended Complaint which will be screened.  Nothing in this order should be construed to allow Plaintiff to file any further pleading until his Second Amended Complaint is screened.