# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. HERRERA, et al.,<br><br>    Defendants. | 1:12-cv-01730-AWI-JLT (PC)<br><br>ORDER DISMISSING DEFENDANTS C. HERRERA AND D. NELSON WITH PREJUDICE AND DEEMING THEIR MOTION FOR SUMMARY JUDGMENT WITHDRAWN<br><br>(Docs. 37, 41, 42, 45) |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 19, 2014, Defendants C. Herrera and D. Nelson filed a motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies on his claims against them before filing suit.  (Doc. 37.)  Subsequently, Plaintiff filed a notice of voluntary dismissal with prejudice as to Defendants C. Herrera and D. Nelson.  (Doc. 42.)  Defendants C. Herrera and D. Nelson filed a statement of non-opposition and indicated that, if Plaintiff's request to dismiss them is granted they withdraw their motion for summary judgment.  (Doc. 45.)

   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   (1)   Defendants C. Herrera and D. Nelson are DISMISSED from this action with prejudice;

   (2)   the motion for summary judgment filed by Defendants C. Herrera and D. Nelson on December 19, 2014 (Doc. 37), is deemed WITHDRAWN;

1

(3) Plaintiff's motion for an extension of time to file his opposition to the motion for summary judgment is disregarded as moot; and

(4) this action proceeds against Defendants R. Godinez, A. Martinez, and B. Martinez.

IT IS SO ORDERED.

Dated:   February 10, 2015                                     /s/ signature

                                                SENIOR   DISTRICT   JUDGE